

March 23, 2026

Honorable Leo I. Brisbois                                    **Via ECF**
United States District Court
brisbois_chambers@mnd.uscourts.gov

Re:     *Norberg et al. v. Centra Care Health System, et al.*,
        Civ. No. 24-2023 (LMP/LIB)

Your Honor,

I write this letter at your direction.  Plaintiffs recently reached a resolution with Stearns County, Sgt. Steven Polack, Makayla Epple, and Micah Theis.  Accordingly, Plaintiffs have resolved their claims with all defendants and will proceed to schedule a distribution hearing with Judge Provinzino.

Respectfully submitted,


/s/ Ryan O. Vettleson


cc:     Counsel of Record