**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Dan Norberg and Susan Norberg,
as co-trustees for the next of kin of
Nickolas Daniel Norberg, Deceased,

                Plaintiffs,

v.

CentraCare Health System d/b/a
CentraCare – St. Cloud Hospital,
The Saint Cloud Hospital d/b/a
CentraCare – St. Cloud Hospital,
CentraCare Clinic, Daniel Falvey, M.D.,
Emergency Physicians Professional
Association,
Catherine Standfuss, APRN, in her
individual capacity,
Sgt. Steven Polack, in his individual
capacity,
Makayla Epple, in her individual capacity,
Micah Theis, in his individual capacity,
and
Stearns County, Minnesota,

                Defendants.

Case No. 0:24-cv-02023-LMP/LIB

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that Plaintiffs' claims are hereby dismissed in their entirety and with prejudice on the merits and without costs and disbursements to any party.

Dated: June 26, 2026

**STORMS DWORAK LLC**

By: s/Jeffrey S. Storms
Jeffrey S. Storms (0387240)
Paul C. Dworak (391070)
Ryan O. Vettleson (312915)
Naomi E. H. Martin (402332)
800 Hennepin Ave.
800 Pence Building
Minneapolis, MN 55402
Phone: 612-455-7055
Fax: 612-455-7051
jeff@stormsdworak.com
paul@stormsdworak.com
ryan@stormsdworak.com
naomi@stormsdworak.com

*Attorneys for Plaintiffs*

Dated: June 26, 2026

**BURKE & THOMAS, PLLP**

By: s/Bryon Ascheman
Richard J Thomas (137327)
Bryon Glen Ascheman (237024)
3900 Northwoods Dr Ste 200
St Paul, MN 55112
651-490-1808
thomas@burkeandthomas.com
ascheman@burkeandthomas.com

*Attorneys for Defendants CentraCare Health System d/b/a CentraCare-St. Cloud Hospital and The Saint Cloud Hospital d/b/a CentraCare-St. Cloud Hospital*

2

Dated: June 26, 2026

**QUINLIVAN & HUGHES, PA**

By: s/Steven Schwegman
Steven R. Schwegman, #1614333
PO Box 1008
St. Cloud, MN 56302-1008
320-251-1414
sschwegman@quinlivan.com

***Attorneys for Defendant CentraCare
Clinic, Catherine Standfuss, APRN,
Briana Eriksson-Kotschevar, CNP***

Dated: June 26, 2026

**LARSON KING LLP**

By: s/Kevin T. McCarthy
Kevin T. McCarthy (0399327)
Nicole Van Lierop (0403782)
Larson King LLP
30 7th St. E; Ste 2800
St. Paul, MN 55101
651-312-6591
kmccarthy@larsonking.com
nvanlierop@larsonking.com

***Attorneys for Defendants Daniel Falvey,
M.D and Emergency Physicians
Professional Association***