**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DAN NORBERG and SUSAN
NORBERG, *as co-trustees for the next of*
*kin of Nickolas Daniel Norberg,*
*Deceased*,

                    Plaintiffs,

v.

CENTRACARE HEALTH SYSTEM,
*d/b/a CentraCare-St. Cloud Hospital*;
THE SAINT CLOUD HOSPITAL, *d/b/a*
*CentraCare-St. Cloud Hospital*;
CENTRACARE CLINIC; DANIEL
FALVEY, *M.D.*; CATHERINE
STANDFUSS, *APRN, in her individual*
*capacity*; SGT. STEVEN POLACK, *in his*
*individual capacity*; MAKAYLA EPPLE,
*in her individual capacity*; MICAH
THEIS, *in his individual capacity*;
STEARNS COUNTY, MINNESOTA;
EMERGENCY PHYSICIANS
PROFESSIONAL ASSOCIATION; and
BRIANA ERIKSSON-KOTSCHEVAR,
*APRN, in her individual capacity*,

                    Defendant.

Case No. 24-cv-2023 (LMP/LIB)

**ORDER OF DISMISSAL**

---

This matter is before the Court on the parties' Stipulations for Dismissal

("Stipulations"), ECF Nos. 100, 102, 110.  Based on the Stipulations, and on the files,

records, and proceedings in this case, **IT IS HEREBY ORDERED** that all claims

between the parties in this matter are **DISMISSED WITH PREJUDICE**, without costs,

attorneys' fees, or disbursements to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: June 26, 2026             *s/ Laura M. Provinzino*
                                   Laura M. Provinzino
                                   United States District Judge