# UNITED STATES DISTRICT COURT

## District of Minnesota

Dan Norberg and Susan Norberg

Plaintiff(s),

v.

CentraCare Health System, Saint Cloud
Hospital, The, CentraCare Clinic, Daniel
Falvey, Catherine Standfuss, Sgt. Steven
Polack, Makayla Epple, Micah Theis, Stearns
County, Minnesota, Emergency Physicians
Professional Association, Briana Eriksson-
Kotschevar,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-2023 LMP/LIB

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

all claims between the parties in this matter are **DISMISSED WITH PREJUDICE**, without costs, attorneys' fees, or disbursements to any party.

Date: 6/26/2026

KATE M. FOGARTY, CLERK